UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARBOL INC.,

                         Plaintiff,

            -against-

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                         Defendants.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                  │
│ DATE FILED:  6/2/2025                │
└─────────────────────────────────────┘
```

25 Civ. 1390 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated May 21 and 29, 2025. ECF Nos. 25, 30. Accordingly:

1. Defendants' request for leave to file a motion to dismiss is GRANTED.
2. By **July 7, 2025**, Defendants shall file their motion.
3. By **July 28, 2025**, Plaintiff shall file its response.
4. By **August 11, 2025**, Defendants shall file their reply.
5. The word limits for Defendants' opening brief and Plaintiff's answering brief are each extended by 2,000 words; the word limit for Defendants' reply brief is extended by 1,000 words.

    SO ORDERED.

Dated: June 2, 2025
      New York, New York

                                      ANALISA TORRES
                             United States District Judge