UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARBOL INC., | |
| Plaintiff, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _7/18/2025_____ |
| -against- | 25 Civ. 1390 (AT) |
| HCC INSURANCE HOLDINGS, INC. and<br>SCOTT KLEMM, | **ORDER** |
| Defendants. | |

ANALISA TORRES, District Judge:

The Court is in receipt of Plaintiff's request for leave to amend the complaint, ECF Nos. 41 and 42; *see also* ECF No. 40, and Defendants' response, ECF No. 43. The briefing deadlines for Defendants' motion to dismiss, *see* ECF No. 31, are STAYED pending further order of the Court.

SO ORDERED.

Dated: July 18, 2025
       New York, New York

ANALISA TORRES
United States District Judge