```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARBOL INC.,

                        Plaintiff,

        -against-                                    25 Civ. 1390 (AT)

HCC INSURANCE HOLDINGS, INC. and                     **ORDER**
SCOTT KLEMM,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2025_

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's request for leave to amend the complaint, ECF Nos. 41–42, Defendants' response, ECF No. 43, and Plaintiff's reply, ECF No. 45. Consistent with the undersigned's Individual Practices in Civil Cases and the requirement to "freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(2), Plaintiff's request for leave to amend, ECF Nos. 41–42, is GRANTED. Defendants' request for an order requiring Plaintiff to submit an offer of proof, ECF No. 43 at 1–2, is DENIED. Plaintiff's request for leave to file certain exhibits to the proposed, second amended complaint under seal, ECF No. 40, is GRANTED for the reasons stated in ECF No. 18.

Accordingly, by **July 22, 2025**, Plaintiff shall file its second amended complaint. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 40–42.

SO ORDERED.

Dated: July 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge