UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARBOL INC.,

                              Plaintiff,

               -against-

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                            Defendants.

-----------------------------------------------------------------X

25-CV-01390 (AT)(SN)

**DISCOVERY**
**CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On October 20, 2025, Judge Analisa Torres referred this case to my docket for general pretrial proceedings. A conference to discuss the outstanding discovery disputes raised in the parties' recent letters (ECF Nos. 65, 66, and 70) is scheduled for Tuesday, October 28, 2025, at 12:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 24, 2025
                 New York, New York