UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARBOL INC.,

                                        Plaintiff,

                    -against-

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                                        Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2025

25-CV-01390 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Tuesday, October 28, 2025, the parties appeared for a discovery conference to discuss the discovery issues raised in their recent letter submissions. See ECF Nos. 65, 66, and 70. As discussed during the discovery conference, by no later than Tuesday, November 4, 2025, Plaintiff is ORDERED to file a letter (not to exceed five pages) identifying up to five alleged trade secrets with "reasonable particularity." See Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC, No. 22-CV-05138 (ER), 2025 WL 219063, at *5 (S.D.N.Y. Jan. 16, 2025) (articulating the "reasonable particularity" standard in trade secrets cases). In order to avoid any further delays in the discovery process, Plaintiff is strongly encouraged to support their alleged trade secrets by referencing specific documents that have been produced, if available, and explaining what reasonable measures, if any, were taken to keep such information secret. Nothing in this Order shall be interpreted to preclude Plaintiff from identifying additional trade secrets at a later point in the litigation, but Plaintiff is encouraged to identify those trade secrets that reflect its strongest claims.

Upon receiving Plaintiff's letter identifying its alleged trade secrets, Defendants are ORDERED to immediately revise their discovery responses and demands accordingly and meet and confer with Plaintiff regarding the revised scope of discovery. Further, by no later than Tuesday, November 18, 2025, each party shall file a status letter of no more than five pages updating the Court on the meet and confer process and the progress of discovery. The Court shall defer ruling on the parties' request for an extension of time to complete discovery (ECF No. 70) until after reviewing the status letters.

Finally, the parties are encouraged to consider engaging in settlement discussions. If the parties believe that a settlement conference would be productive, they may contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        October 28, 2025
              New York, New York