```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025
```

November 18, 2025

Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

BY CM/ECF

      RE:    *Arbol Inc. v. HCC Ins. Holdings, Inc. et al.*, No. 25 Civ. 1390 (AT) (SN)

Dear Judge Netburn:

      Plaintiff Arbol Inc. and Defendants HCC Insurance Holdings, Inc. and Scott Klemm jointly submit this letter motion to respectfully request leave to file their respective status letters and attachments under seal, which will be filed later today. *See* ECF 75. The status letters describe the substance of the parties' communications about Arbol's identification of its trade secrets and thus, by their nature, reveal Arbol's designated trade secrets.[1] The Court previously granted Arbol's request to file its letter to Defendants on the same basis. *See* ECF 77.

      For the reasons described in their respective status letters, the parties are both seeking a status conference with the Court. In light of the residual air travel disruptions stemming from the recent federal government shutdown, the congested air travel around the Thanksgiving holiday, and prior scheduling conflicts, the parties respectfully request that the Court schedule the conference on or after December 3. Defendants are also available for a conference this week. Plaintiff respectfully asks that the conference not be scheduled for this week, but it will of course accommodate the Court's schedule if this week is its preference.

      Thank you for your attention to this matter.

---

The parties' request to file their respective status letters and attachments under seal is GRANTED. Further, a status conference to discuss the parties' letters is scheduled for Wednesday, December 3, 2025, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.
**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

Dated:  November 20, 2025
           New York, New York

Respectfully submitted,

| | |
|---|---|
| _/s/ Leonid Grinberg_ | _/s/ Daryl G. Leon_ |
| Leonid Grinberg, Esq. | Mark Temple, Esq. (*pro hac vice*) |
| Ting Wang, Esq. (*pro hac vice*) | 811 Main Street |
| Arbol Inc. | Suite 1100 |
| 445 Park Avenue, 10th Floor | Houston, TX 77002 |
| New York, NY 10022 | Tel: (713) 751-1600 |
| Tel: (225) 230-8749 | Fax: (713) 751-1717 |
| Email: leonid.grinberg@arbol.io | Email: mtemple@bakerlaw.com |
| Email: ting@arbol.io | |
| | Daryl G. Leon, Esq. |
| *Attorneys for Plaintiff Arbol Inc.* | 45 Rockefeller Plaza |
| | New York, New York 10111 |
| | Tel: (212) 589-4200 |
| | Fax: (212) 589-4201 |
| | Email: dleon@bakerlaw.com |
| | |
| | *Attorneys for Defendants HCC Insurance Holdings, Inc. and Scott Klemm* |