UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARBOL INC.,

                              Plaintiff,                    25-CV-01390 (AT)(SN)

                  -against-                                 ORDER

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, February 5, 2026, the parties appeared for a discovery conference to discuss the issues raised in their recent letter submissions. See ECF Nos. 99, 102. As discussed during the discovery conference, by no later than Thursday, February 12, 2026, the parties are ORDERED to file separate status letters (not to exceed three pages) updating the Court on whether any outstanding discovery disputes remain. If there are no outstanding disputes, the parties may file a joint letter informing the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 5, 2026
            New York, New York