UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ARBOL INC.,

                                    Plaintiff,                              25-CV-01390 (AT)(SN)

                    -against-                                               **ORDER**

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                                    Defendants.

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On Friday, February 20, 2026, the parties filed status letters regarding outstanding discovery disputes. ECF Nos. 109, 111. A conference to discuss the issues raised in these letters is scheduled for Wednesday March 4, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

Further, by no later than Thursday, February 26, 2026, the parties may file reply letters (not to exceed three pages) responding to the arguments raised in the February 20, 2026 status letters.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        February 23, 2026
              New York, New York