UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

ARBOL INC.,

                                    Plaintiff,

                    -against-

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                                    Defendants.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 4/6/2026

25-CV-01390 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 3, 2025, the Court held an on-the-record conference, which discussed Plaintiff's alleged trade secrets. That transcript is under seal, and the parties have proposed redactions. The Court has reviewed those redactions and has approved more limited redactions, which the Court is providing to the parties by email.

By Monday, April 13, 2026, Plaintiff is ORDERED to review the Court's modifications to the proposed redactions and either (1) email Chambers a finalized redacted version of the transcript consistent with the Court's modifications, or (2) file a letter requesting additional redactions and the good faith basis for such request.

For the avoidance of doubt, the Court's approval of certain redacted statements should not be interpreted as a determination that the statements constitute trade secrets.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 92.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 6, 2026
            New York, New York