UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARBOL INC.,

                            Plaintiff,

            -against-

HCC INSURANCE HOLDINGS, INC. and
SCOTT KLEMM,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2026_____

25 Civ. 1390 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Plaintiff's motion for a preliminary injunction and supporting papers. *See* ECF No. 136.  By **April 27, 2026**, Defendants shall respond.  By **that same date**, the parties shall submit a joint letter, not to exceed four pages, stating whether any material facts are in dispute, and, if so, identifying with particularity the relevant factual disputes.  By **May 4, 2026**, Plaintiff may file its reply, if any.

Fact discovery is ongoing and is scheduled to close on July 20, 2026.  *See* ECF No. 100. Accordingly, the case management conference scheduled for April 20, 2026, is ADJOURNED to **August 17, 2026** at **10:00 a.m.**

       SO ORDERED.

Dated: April 15, 2026
       New York, New York

_____
      ANALISA TORRES
  United States District Judge